THE STATE OF OHIO, APPELLANT, *v.* BRADLEY, APPELLEE.

[Cite as *State v. Bradley,* 121 Ohio St.3d 1212, 2009-Ohio-504.]

(No. 2008–0488—Submitted January 20, 2009—Decided February 11, 2009.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

LANZINGER, J., dissents and would affirm the judgment of the court of appeals.

Nick A. Selvaggio, Champaign County Prosecuting Attorney, and Scott D. Schockling, Assistant Prosecuting Attorney, for appellant.

Timothy Young, Ohio Public Defender, and Stephen P. Hardwick, Assistant Public Defender, for appellee.